## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3493

Assigned/Issued By: j. n.

Judge Name: norgle

Designated Magistrate Judge: cole

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
 ☐ IFP   ☐ No Fee   ☐ Other _____
 ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2867358

Date Payment Rec'd: 6-18-08   Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   _____
   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets   ☐ Other
☐ Writ _____
   *(Type of Writ)*   _____
   *(Type of issuance)*

1  Original and  0  copies on  6/18/08  as to  defendant
   (Date)