UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN SHORTALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3493 |
| vs. | ) | |
| | ) | Judge Norgle |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Cole |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Thomas C. Cronin
Cronin & Co., Ltd.
77 W. Wacker Drive
Suite 4800
Chicago, IL  60602

**PLEASE TAKE NOTICE** that on July 17, 2008, I have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion for an Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Norgle, or before such other Judge or Magistrate Judge sitting in his place or stead, on July 25, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 17th day of July 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

By:    /s Jay M. Kertez
JAY M. KERTEZ
Senior Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9212