**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| JONATHAN SHORTALL V. THE CITY OF CHICAGO, | 08 C 3493 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO

| | |
|---|---|
| **NAME** | MELANIE PATRICK NEELY |
| **SIGNATURE** | *s/Melanie Patrick Neely* |
| **FIRM** | CITY OF CHICAGO EMPLOYMENT LITIGATION DIVISION |
| **STREET ADDRESS** | 30 NORTH LASALLE STREET, SUITE 1020 |
| **CITY/STATE/ZIP** | CHICAGO, ILLINOIS 60602 |
| **ID NUMBER** 06237845 | **TELEPHONE NUMBER** (312) 744-5114 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |