**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JONATHAN SHORTALL,** | ) | |
| | ) | **No. 08 C 3493** |
| **Plaintiff,** | ) | |
| | ) | **Judge Norgle** |
| **v.** | ) | |
| | ) | **Magistrate Judge Cole** |
| **CITY OF CHICAGO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

To:    Thomas Cusack Cronin
James V. Capparelli
Cronin & Co., Ltd.
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601

PLEASE TAKE NOTICE that on the 5th day of September 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support of Defendant's Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that we will appear before the Honorable Judge Charles Norgle or any Judge or Magistrate Judge sitting in his place or stead on the 12th day of September 2008, at 9:30 a.m., or as soon there after as counsel may be heard, in the courtroom occupied by him in Room 2341, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the above-referenced motion.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

By:    *s/ Melanie Patrick Neely*
MELANIE PATRICK NEELY
TIMOTHY L. SWABB
Assistants Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-5114/7630